AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C., Section 641 - Theft of Government Property
(Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Maximum Term of Imprisonment of One Year;
Maximum Fine $100,000;
Maximum Term of Supervised Release of One Year;
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ CHEMECA NICOLE GANT

DISTRICT COURT NUMBER
CR 08    0105

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Department of Homeland Security - OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    DEREK R. OWENS

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ MAG

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance

Defendant Address:
1033 Fitzgerald Avenue, San Francisco, CA 94124

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: March 19, 2008, 9:30am   Before Judge: Judge Spero

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08 0105 |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 641- Theft of Government Funds (Class A Misdemeanor) |
| v. | ) SAN FRANCISCO VENUE |
| CHEMECA NICOLE GANT, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about October 4, 2005, in the Northern District of California, the defendant,

CHEMECA NICOLE GANT,

stole, purloined, and knowingly converted to her use and that of another, money and things of value of the United States and of a department and agency thereof, specifically, Hurricane Katrina relief assistance from the Federal Emergency Management Agency (FEMA), in violation

//

INFORMATION

-2-

1  of Title 18, United States Code, Section 641, a Class A Misdemeanor.

DATED: *February 26, 2008*

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____ )
DEREK R. OWENS
Assistant United States Attorney

INFORMATION                -2-