```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
 3  BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
 4
    DEREK R. OWENS (CASBN 230237 )
 5  Assistant United States Attorney

 6      450 Golden Gate Avenue, 11th Floor
        San Francisco, California  94102
 7      Telephone:  (415) 436-6488
        Fax:  (415) 436-7234
 8      Email: Derek.Owens@usdoj.gov

 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0105 MAG |
| Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| CHEMECA NICOLE GANT, ) | |
| Defendant. ) | |

Based on the facts set forth in the Declaration of Derek Owens in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Chemeca Nicole Gant, 1033 Fitzgerald Avenue, San Francisco, California, 94124. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 3/5/08

_____
DEREK R. OWENS
Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR 08-0105 MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHEMECA NICOLE GANT,<br><br>    Defendant. | Case No. CR 08-0105 MAG<br><br>**[PROPOSED] ORDER FOR SUMMONS** |

Having reviewed the Declaration of Derek Owens, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant CHEMECA NICOLE GANT, 1033 Fitzgerald Avenue, San Francisco, California, 94124, appear on March 19, 2008, at 9:30 am before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____

JOSEPH C. SPERO
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0105 MAG