JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0105 MAG |
|     Plaintiff, ) | |
| v. ) | **DECLARATION OF DEREK OWENS IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| CHEMECA NICOLE GANT, ) | |
|     Defendant. ) | |

I, Derek Owens, hereby declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office and I am assigned to the prosecution of this case. I have received the following information from officers and agents employed by the United States Department of Homeland Security Office of the Inspector General.

2. Hurricane Katrina hit the United States on August 25, 2005. Following the hurricane, the federal government began distributing disaster relief to those people who were displaced or who sustained property damage as a result of the hurricane. Chemeca Nicole Gant, a resident of San Francisco, California, filed a Federal Emergency Management Agency (FEMA) application in her name for disaster assistance on September 24, 2005, and subsequently received one FEMA

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0105 MAG

check totaling $2,000.

3. In her FEMA application, Gant stated that: 1) her primary residence was 1004 Saint Ann Street, New Orleans, Louisiana; 2) she was displaced to a family/friend's dwelling after the hurricane; 3) her home was damaged by the disaster; 4) she had personal property damaged by the disaster; 5) she had essential needs including food and clothing; and 7) access was restricted to her home due to the disaster.

4. The FEMA check was mailed on September 24, 2005 to Gant at the local San Francisco address she provided in the application, 1033 Fitzgerald Avenue. She subsequently cashed the check on October 4, 2005 in San Francisco.

5. In a written statement, Gant admitted to applying for and receiving one check from FEMA in the amount of $2,000 that was addressed to her and mailed to her residence. Gant stated that a friend informed her of the procedure for filing for disaster assistance from FEMA and actually used a computer to find a New Orleans address and file the false claim. Gant also admits that she lived in San Francisco before, during, and after Hurricane Katrina. This is also evidenced by Gant's San Francisco Housing Authority Lease for the 1033 Fitzgerald residence where she has lived since June 2005. In her written statement, Gant says she has "never lived in New Orleans a day in my life."

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed March 5, 2008, at San Francisco, California.

DEREK OWENS
Assistant United States Attorney

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0105 MAG                    -2-