FILED

2008 MAR -6  PM 11:45

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0105 MAG |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER FOR SUMMONS |
| v. ) | |
| CHEMECA NICOLE GANT, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Derek Owens, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant CHEMECA NICOLE GANT, 1033 Fitzgerald Avenue, San Francisco, California, 94124, appear on March 19, 2008, at 9:30 am before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: March 6, 2008

JOSEPH
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0105 MAG