JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>CHEMECA NICOLE GANT,<br>    Defendant. | No. CR 08-0105 MAG<br>[Filed February 27, 2008]<br><br>SAN FRANCISCO VENUE |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>AARON LAMONT JONES,<br>    Defendant. | No. CR 08-0104 MAG<br>[Filed February 27, 2008]<br><br>SAN FRANCISCO VENUE |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>JANALE DIAMONDESHA KING,<br>    Defendant. | No. CR 08-0102 MAG<br>[Filed February 27, 2008]<br><br>**NOTICE OF RELATED CASE**<br><br>**IN A CRIMINAL ACTION**<br><br>SAN FRANCISCO VENUE |

NOTICE OF RELATED CASE
No. CR 08-0105 JCS; CR 08-0104 MAG; CR 08-0102 MAG

1  The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the
2  Court that the three above-captioned criminal cases are related. All three cases were filed on
3  February 27, 2008 and allege theft of government property related to Hurricane Katrina relief
4  assistance from the Federal Emergency Management Agency (FEMA). All three cases involve
5  at least one uncharged individual in common who was instrumental in each one of the thefts
6  alleged in cases CR 08-0105 JCS, CR 08-0104 MAG, and CR 08-0102 MAG.

7  All three defendants in these cases have already made initial appearances before United
8  States Magistrate Joseph C. Spero. On April 4, 2008, Chemeca Nicole Gant entered a guilty plea
9  in case CR 08-0105 JCS. The United States Probation Office has started the presentence report
10 investigation for Ms. Gant's case and has indicated that the other two cases will likely be
11 assigned to different probation officers unless the cases are related under Local Rule 8-1. The
12 possibility of three different probation officers reviewing the same facts regarding common
13 individuals would entail substantial duplication of labor.

14 Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1)
15 because they involve the same alleged events, occurrences, and a common individual.
16 Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because they are
17 likely to entail substantial duplication of labor or may create unnecessary expenses in having
18 different probation officers review the cases.

19 Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that an
20 order of related case, and an assignment of these cases to a single judge, is likely to conserve
21 judicial resources and promote an efficient determination of each action.

23 DATED: April 25, 2008                    Respectfully submitted,

24                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney

26                                          /s/ Derek Owens
                                            _____
27                                          DEREK R. OWENS
                                            Assistant United States Attorney

NOTICE OF RELATED CASE
No. CR 08-0105 JCS; CR 08-0104 MAG; CR 08-0102 MAG