**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                              No. CR 08-00105-1 JCS

        Plaintiff,                                    **SEALING ORDER PURSUANT TO**
**GENERAL ORDER 54**

    v.

CHEMECA NICOLE GANT,

        Defendant.
_____/

      The following documents in this action are placed under seal and shall not be opened except

by the United States Sentencing Commission for its eyes only and shall not be transmitted or

otherwise opened except by order of this court upon application.

    ☒       Pre-sentence Report

    ☐       Plea Agreement

    ☒       Statement of Reasons

    ☐       _____
           (Other)

**IT IS SO ORDERED.**

Dated: August 28, 2008                              _____
                                Joseph C. Spero
                                UNITED STATES MAG. JUDGE